**No. 52327.**—Roche-Organon, Inc., et al. *v.* United States, protests 130317–K, etc. (New York).

Opinion by COLE, J.  It was stipulated that the merchandise consists of estrogenic substances the same in all material respects as the hormone passed upon in *Roche-Organon, Inc.* v. *United States* (35 C. C. P. A. 99, C. A. D. 378).  The claim at 10 percent under paragraph 34 was therefore sustained.

BEFORE THE SECOND DIVISION, MAY 14, 1948

**No. 52328.**—R. E. Miller, Inc., et al. *v.* United States, protests 841628–G, etc. (New York).

Opinion by LAWRENCE, J.  The protests were dismissed.

BEFORE THE THIRD DIVISION, MAY 14, 1948

**No. 52329.**—Kwong Yick & Co. et al. *v.* United States, protests 963136- G, etc. (San Francisco).

Opinion by CLINE, J.  It was stipulated that the merchandise consists of kumquats similar in all material respects to those the subject of *United States* v. *Fung Chong Co.* (34 C. C. P. A. 40, C. A. D. 342).  In accordance therewith the claim at 1 cent per pound under paragraph 743 was sustained.

**No. 52330.**—Wo Kee & Co. *v.* United States, protest 939575–G (San Francisco).

Opinion by CLINE, J.  In accordance with stipulation of counsel and following the decisions cited, the protests were sustained as follows: (1) Apricot kernels similar in all material respects to those the subject of Abstract 34104 were held dutiable at 3 cents per pound under paragraph 762; and (2) lotus nuts the same as those involved in *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372) were held entitled to free entry under paragraph 1669 as crude drugs.